**2 PAGES**
WILKE FLEURY LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
STEVE WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
JASON G. ELDRED (SBN 327148)
jeldred@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Terence J. Long, CPA,
Chapter 11 Plan Administrator

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 2020-10809 |
| STEPHEN WILLIAM SLOAN, | Chapter 11 |
| Debtor. | DCN: WF-37 |
| | Date:    December 16, 2025 |
| | Time:    9:30 a.m. |
| | Dept.:    B-Fresno |

**ORDER APPROVING PLAN ADMINISTRATOR'S MOTION AUTHORIZING SALE OF CALAVERAS COUNTY PROPERTY**

Terence J. Long, CPA, the duly appointed Chapter 11 Plan Administrator in the above-captioned Chapter 11 case ("Plan Administrator"), having filed a motion for an order authorizing the sale of real property consisting of 198.58 acres of vacant land located in Calaveras County, CA (APN 042-001-005; 042-002-001; 042-002-002; 042-002-006; 040-013-006; 040-012-004; 044-001-027; 040-012-034; 044-001-026; 044-001-002) (collectively, the "Calaveras Property[1]"); the Court having held a hearing, and good cause appearing:

/ / /

---

[1] A legal description of the Calaveras Property is attached as Exhibit E to the motion.

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

IT IS HEREBY ORDERED THAT:

A.    The Plan Administrator is authorized to sell the Calaveras Property (APN 042-001-005; 042-002-001; 042-002-002; 042-002-006; 040-013-006; 040-012-004; 044-001-027; 040-012-034; 044-001-026; 044-001-002) on the terms of the purchase agreement attached to the motion as Exhibit A;

B.    The Plan Administrator is authorized to perform the obligations of seller under the purchase agreement attached to the motion as Exhibit A;

C.    The Plan Administrator is authorized to pay a commission to Pearson Realty and any cooperating broker;

D.    The Plan Administrator is authorized to pay property taxes and customary closing costs from escrow at closing;

E.    The escrow holder is authorized and directed  to pay the remaining proceeds of the sale, after disbursement as set forth above, to the Plan Administrator; and

F.    The Plan Administrator is authorized  to execute any necessary documents to facilitate the sale of the Calaveras Property on behalf of Emerald California Investments, LLC.

**Dated:** Jan 20, 2026                    **By the Court**

René Lastreto II, Judge
United States Bankruptcy Court